| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------------- x<br><br>EDUARDO DUARTE,<br><br>Plaintiff,<br><br>-against-<br><br>TOKYO DISTRIBUTORS, LTD., ARDAVAN SARAFIAN, SHAHRYAR BARATIAN, and JOHN and JANE DOE (said names being fictitious, the persons intended being those who aided and abetted the unlawful conduct of the named Defendants),<br><br>Defendants.<br>------------------------------------------------------------------- x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED. 6/13/16<br><br>**STIPULATION OF FINAL DISMISSAL WITH PREJUDICE**<br>15-CV-7769 (JGK) |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties in the above-captioned action, through the undersigned counsel, that this action be dismissed with prejudice and without costs or attorneys' fees (other than those specified in the Settlement Agreement). In "so ordering" the instant Stipulation, the Court hereby approves the Settlement Agreement and Release of the various claims brought in this action. The Parties further agree that the Court will retain jurisdiction of this matter for the sole purpose of enforcing the Settlement Agreement and Release.

Dated:   New York, New York
         May 31, 2016

| | |
|---|---|
| **Maduegbuna Cooper LLP**<br>Attorneys for Plaintiff<br>30 Wall Street, 8th Floor<br>New York, New York 10005<br>(212) 232-0155 | **Stagg Terenzi Confusione & Wabnik**<br>Attorneys for Defendants<br>401 Franklin Avenue, Suite 300<br>Garden City, New York 11530<br>(516) 812-4518 |
| By: _____<br>         Samuel O. Maduegbuna | By: _____<br>         David R. Ehrlich |

SO ORDERED:

_____
U.S.D.J.       6/10/16

- 1 -